No. 11–7355. KITCHEN *v.* FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7356. KIZZEE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7359. GHENT *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–7360. HOLLY *v.* GOTCHER, DBA GOTCHER LAW FIRM, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7361. GARDNER *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–7362. FULLMAN *v.* DONAHOE, POSTMASTER GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7364. MORTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7367. SLAUGHTER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7368. ROWE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7369. SANCHEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7371. MATNEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7372. LUA-GUIZAR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7375. PINDER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7380. X. D. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

